# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

4-5 March 09

134667-69 (63)(64)
134671
134673-74
134676-77
136431

ATTORNEY GENERAL OF THE
STATE OF MICHIGAN,
      Appellant,

v

MICHIGAN PUBLIC SERVICE
COMMISSION,
      Appellees.

_____

SC: 134667-69, et al
COA: 261747, et al
MPSC: U-013808, U-013917

      On order of the Chief Justice, the motion by Detroit Edison Company and Consumers Energy Company for allocation of the time for oral argument of these cases is considered and it is ordered that the argument shall proceed as follows:

On the "Control Premium" issue:

    Appellants (MPSC, Attorney General, ABATE
        and MEC/PIRGIM)              15 minutes (including rebuttal)

    Appellee  Detroit Edison         15 minutes

On the "Transmission" issue:

    Appellant Attorney General       15 minutes (including rebuttal)

    Appellees  (MPSC, Consumers Energy and
    Detroit Edison)               15 minutes



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2009

                                       Clerk